IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE LEE KEEL, III,<br>    Plaintiff | :<br>:<br>: |
| v. | :     CIVIL ACTION NO. 22-CV-4018 |
| PHILADELPHIA'S HOUSEING AUTHORITY, *et al.*,<br>    Defendants | :<br>:<br>:<br>: |

### ORDER

AND NOW, this 21st day of October 2022, upon consideration of Plaintiff Jesse Lee Keel's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Motion for a Hearing (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for failure to state a claim for the reasons in the Court's Memorandum as follows:

    a. To the extent Mr. Keel raises claims challenging the portion of his convictions that have not been expunged in *Commonwealth v. Keel*, Nos. CP-51-CR-0011256-2015 & CP-51-CR-0011257-2015 (C.P. Phila.) and/or the prosecution giving rise to those convictions, his claims are **DISMISSED WITHOUT PREJUDICE** as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). Mr. Keel may file a new case raising these claims only in the event his underlying convictions are reversed, vacated, or otherwise invalidated.

    b. Mr. Keel's remaining claims are **DISMISSED WITH PREJUDICE.**

4. The Motion for a Hearing (ECF No. 3) is **DENIED AS MOOT.**

5. The Clerk of Court shall **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER, J.